UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 1:22-MJ-00002-LDA |
| | : | |
| ROBERT ALCANTARA | : | |

**ORDER**

This matter was heard on January 6, 2022 before Magistrate Judge Lincoln D. Almond, on a removal hearing held pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether the Defendant, ROBERT ALCANTARA, should be removed to the Southern District of New York to answer a criminal complaint filed against him in that District (CR No. 22 MJ 0097). The Defendant, being advised of his rights by the Court and represented by counsel, John Calcagni, Esquire, having consented to removal, waived his right to an identity and preliminary hearing solely in this District and preserving all other defenses, it is hereby:

ORDERED, ADJUDGED AND DECREED

Defendant is ordered removed in the custody of the United States Marshals Service to the judicial Southern District of New York for a prompt appearance before U.S. Magistrate Judge Robert Lehrburger or another designated judicial officer.

ENTER:


  /s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
January 6, 2022